POTTER, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate

Division, Fourth Department. March 27, 1912.) Action by Horace H. Potter against the Pennsylvania Railroad Company. No opinion. Judgment and order affirmed, with costs.